UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FALLS LAKE NATIONAL INSURANCE
COMPANY,

    Plaintiff,

v.                                        CASE NO.: 3:21-cv-00828

ADJ BUSINESS SERVICES, INC.,
RUSSEL ROGATENKO, and
MELISSA DZION,

    Defendants.
_____/

MELISSA DZION

    Counter-Plaintiff,

v.

FALLS LAKE NATIONAL INSURANCE
COMPANY,

    Counter-Defendant.
_____/

## NOTICE OF RESOLUTION

Defendant / Counter-Plaintiff, Melissa Dzion, pursuant to Local Rule 3.09, hereby provides notice that the parties have settled the above-captioned matter, including Dzion's Amended Counterclaim which had been stayed pursuant this Court's January 27, 2022 order (Doc. 51). Dismissal documents will be filed with

the Court following the parties preparation and execution of the final settlement documents, in compliance with their settlement agreement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **July 12, 2022**, a copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Daniel Greene*
DALE SWOPE
Florida Bar No.: 261270
BRENT G. STEINBERG
Florida Bar No.: 0085453
DANIEL L. GREENE
Florida Bar No.: 1003266
SWOPE, RODANTE P.A.
1234 E. 5th Ave., Tampa, FL 33605
T: (813) 273-0017
F: (813) 223-3678
Appeals@swopelaw.com
eservice@swopelaw.com
**Attorneys for Melissa Dzion**