# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

FALLS LAKE NATIONAL
INSURANCE COMPANY,

    Plaintiff,

v.                                                Case No. 3:21-cv-828-TJC-MCR

AJD BUSINESS SERVICES, INC.,
RUSSEL ROGATENKO, and
MELISSA DZION,

    Defendants.

## O R D E R

The Court has been advised that this case has been settled (Doc. 55). Accordingly, it is now

**ORDERED:**

1. The parties shall have until **September 12, 2022** to file a joint motion for dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for extension of time by the **September 12, 2022** deadline, this case will automatically be deemed to be dismissed without prejudice. **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without prejudice; thus, if the parties have not finalized their**

2

**settlement by the deadline, they are encouraged to move for an extension of that deadline.** The Clerk should close the file now, subject to reopening if the parties file papers by the deadline.

3. All pending motions and deadlines are terminated.

**DONE AND ORDERED** in Jacksonville, Florida the 14th day of July, 2022.


TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record